# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**ODIS HAMRIC,**
**REG #22995-076**                                                                                               **PLAINTIFF**

v.                                        **CASE NO. 2:10CV00111 BSM/BD**

**C.E. MILLER, Counselor,**
FCI - Forrest City et al.                                                                                      **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claim regarding his placement in a Residential Re-entry Center [Doc. No. 2] is DISMISSED, WITHOUT PREJUDICE.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 29th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE